United States District Court
Southern District of Texas
**ENTERED**
February 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNARD E. BONNER, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-3805 |
| | § | |
| SHELLPOINT MORTGAGE SERVICING, | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is pro se Plaintiff Bernard E. Bonner's Motion to Compel Discovery. ECF 27.[1] The Motion to Compel does not include a certificate of conference as required by Local Rule 7.1D. It also does not comply with Judge Bryan's procedures. Pursuant to Judge Bryan's procedures concerning discovery disputes, plaintiff and opposing counsel must confer regarding the dispute—in person, by video, or by phone—and then submit a joint letter to the Court requesting a conference before resorting to motion practice. The letter may be no longer than three pages and must summarize "the dispute, the date, time and method of the

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.

parties' conference and the identity of the attendees, the outcome of the discussions, and the relief sought from the court."[2]  The Court previously ordered the parties to exchange initial disclosures and comply with Initial Protocols for Residential Mortgage Cases.  ECF 14; ECF 25.  It is therefore

ORDERED that Plaintiff's Motion to Compel Discovery (ECF 27) is STRICKEN for failure to comply with Local Rules and the Court's procedures.  If necessary, the parties may file a letter requesting a conference in accordance with the Court's Procedures concerning discovery disputes.

Signed on February 24, 2025, at Houston, Texas.

Christina A. Bryan  
United States Magistrate Judge

---

[2] The Court's procedures are available on the Court's website.  *See* https://www.txs.uscourts.gov/sites/txs/files/U.S.-Magistrate-Judge-Christina-A.-Bryan-Court-Procedures.CABrev04.10.22.pdf.