United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERNARD E. BONNER, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:24-cv-03805 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NEWREZ, LLC, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Bernard E. Bonner proceeds here *pro se.* He sued Defendant NewRez, LLC, for an injunction to prevent Defendant from foreclosing on his property. See Dkt 1-3 at 4–6. The case was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 7.

Prior order denied a motion by Plaintiff to remand and granted a motion by Defendant for judgment on the pleadings, adopting the recommendations of Judge Bryan to this effect. Dkt 59; see also Dkts 55 & 56 (prior Memoranda and Recommendations). Final judgment also entered, closing this action. Dkt 60.

Pending now is a motion by Plaintiff for an extension of time to file a notice of appeal. Dkt 61. Judge Bryan recommends that the motion be denied for failure to prove excusable neglect. See Dkt 66 at 3–6.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 66.

The motion by Plaintiff Bernard E. Bonner for extension of time to file a notice of appeal is DENIED. Dkt 61.

SO ORDERED

Signed on ____June 25, 2026____, at Houston Texas.

_____
Honorable Charles Eskridge
United States District Judge

2